IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **ALLSTATE INSURANCE COMPANY** | * | |
| *Plaintiff,* | * | |
| v. | * | Civil Action No.  19-cv-03410 - JMC |
| **DAIMYA GINGLES,** *et al.* | * | |
| *Defendants.* | * | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allstate Insurance Company, by and through counsel, hereby files this Notice of Dismissal, dismissing the above-captioned matter.

Date:  02/03/2021

Respectfully submitted,

         */s/ Amanda C. Sprehn*         
Paul J. Weber (Bar No. 03570)
Amanda C. Sprehn (Bar No. 28071)
HYATT & WEBER, P.A.
200 Westgate Circle, Suite 500
Annapolis, Maryland 21401
Phone:  (410) 266-0626
Facsimile: (410) 841-5065
Email: pweber@hwlaw.com
Email: asprehn@hwlaw.com

*Counsel for Plaintiff*
*Allstate Insurance Company*